```
 1  Theresa L. Kitay (SBN: 237311)
    D. Sterling Kidd (MS Bar No. 103670)
 2  (Admitted Pro Hac Vice)
    Maia Fleischman (AL Bar No. 4144-G20M)
 3  (Admitted Pro Hac Vice)
 4  BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
 5  3414 Peachtree Road, N.E., Suite 1500
    Atlanta, GA 30326
 6  Tel: (404) 443-6745
 7  tkitay@bakerdonelson.com
    skidd@bakerdonelson.com
 8  mfleischman@bakerdonelson.com

 9  Traci S. Lagasse (SBN: 180976)
    LAGASSE BRANCH BELL + KINKEAD LLP
10  4365 Executive Drive, Suite 950
    San Diego, California 92121
11  Tel: (858) 345-5080
12  tlagasse@lbbklaw.com

13  Attorneys for Defendant
14  AVALONBAY COMMUNITIES, INC.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| SARAH BIRDWELL, | CASE NO. 3:21-cv-00864-JSC |
|---|---|
| Plaintiff, | <u>Civil Rights</u> |
| v. | **DEFENDANT'S NOTICE OF APPEAL UNDER 28 U.S.C. 1292(a)(1)** |
| AVALONBAY COMMUNITIES, INC., a California Corporation | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Defendant AvalonBay Communities, Inc. ("AVB") files this Notice of Appeal under 28 U.S.C. 1292(a)(1).

In accordance with 28 U.S.C. § 1292(a)(1) and the requirements of Federal Rules of Appellate Procedure 3 and 4(a)(1)(A), AvalonBay Communities, Inc. ("AvalonBay"), hereby gives timely notice of its appeal to the United States Court of Appeals for the Ninth Circuit from the interlocutory order entered on July 29, 2024, by the United States District Court for the Northern District of California (ECF Doc.108), which "enjoined [AvalonBay] from charging Birdwell more than the one-bedroom BMR rate for her monthly rent" (pg.35). AvalonBay also appeals the aspects of the order "inextricably bound up with the injunctive order from which the appeal is taken" *Paige v. State of Ca.*, 102 F.3d 1035, 1039 (9th Cir. 1996), including but not limited to the Court's determinations in Sections IV-A-1(a-b) of the order (pgs.14-22) that reduced rent for housing is necessary to ameliorate Plaintiff's disability that a reduction in rent is a reasonable accommodation pursuant to the federal Fair Housing Act, 42 U.S.C. §3604(f)(3)(B) and the California Fair Housing and Employment Act, Cal. Gov. Code §12927(c)(1).

DATED: August 15, 2024

Respectfully submitted,

                                                  BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.

                                                  */s/ Theresa L. Kitay*
                                                  Theresa L. Kitay
                                                  Maia Fleischman
                                                  D. Sterling Kidd

Attorneys for Defendant
AVALONBAY COMMUNITIES, INC.