CELIA McGUINNESS, Esq. (SBN 159420)
*cmcguinness@mcguinnesslawgrp.com*
DEBORAH GETTLEMAN, Esq. (SBN 267309)
*dgettleman@mcguinnesslawgrp.com*
**MCGUINNESS LAW GROUP, P.C.**
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951

Attorneys for Plaintiff
SARAH BIRDWELL

Theresa L. Kitay (SBN: 237311)
D. Sterling Kidd (MS Bar No. 103670)
(Admitted Pro Hac Vice)
Maia Fleischman (AL Bar No. 4144-G20M)
(Admitted Pro Hac Vice)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
Tel: (404) 443-6745
tkitay@bakerdonelson.com
skidd@bakerdonelson.com
mfleischman@bakerdonelson.com

Traci S. Lagasse (SBN: 180976)
LAGASSE BRANCH BELL + KINKEAD LLP
4365 Executive Drive, Suite 950
San Diego, California 92121
Tel: (858) 345-5080
tlagasse@lbbklaw.com

Attorneys for Defendant
AVALONBAY COMMUNITIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BIRDWELL, | CASE NO. 4:21-cv-00864-JSC |
| Plaintiff, | <u>Civil Rights</u> |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| AVALONBAY COMMUNITIES, INC., a California Corporation | |
| Defendants. | |

1  The Parties hereby notify the Court that a global settlement has been reached in the
2  above-captioned case and the parties would like to avoid additional expenses, and further the
3  interest of judicial economy.
4  The Parties, therefore, apply to this Honorable Court to continue the Final Pretrial
5  Conference and filing of pretrial documents to a date set by the court in the expectation that a
6  Joint Motion to Modify this Court's Order Granting in Part and Denying in Part Cross Motions
7  for Summary Judgement ("MSJ Order") will be filed by Tuesday August 20, 2024. ECF No.
8  108. Further, the parties agree to file a stipulated dismissal within five business days of this
9  court's order modifying the MSJ Order (ECF No. 108).

Respectfully submitted,

Date: August 16, 2024						M<small>C</small>G<small>UINNESS</small> L<small>AW</small> G<small>ROUP</small>, P.C.


						      */s/ Celia McGuinness*
						By:	Celia McGuinness, Esq.
							Attorney for Plaintiff
							SARAH BIRDWELL


Dated: August 16, 2024					BAKER, DONELSON, BEARMAN,
							CALDWELL & BERKOWITZ, P.C.

						      */s/ Theresa Kitay*
						By:	Theresa L. Kitay
							Maia Fleischman
							D. Sterling Kidd

							Attorneys for Defendant
							AVALONBAY COMMUNITIES, INC.


### FILER'S ATTESTATION

I hereby attest that on August 16, 2024, I, Celia McGuinness, attorney with McGuinness Law Group, PC, received the concurrence of counsel in the filing of this document.

						       */s/ Celia McGuinness*
						      Celia McGuinness, Esq.