| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 4 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

SARAH BIRDWELL,

    Plaintiff - Appellee,

v.

AVALONBAY COMMUNITIES, INC.,

    Defendant - Appellant.

No. 24-5031

D.C. No. 4:21-cv-00864-JST
Northern District of California, Oakland

ORDER

The motion (Docket Entry No. 5) to voluntarily dismiss this appeal is granted. *See* Fed. R. App. P. 42(b). This appeal is dismissed.

This order will be the mandate in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT